FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2012 APR 26  PM 4:43

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

EMMANUEL I. MEKOWULU

CASE NO. 8:12-CR-170-T-27MAP
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853 (Forfeitures)

### INDICTMENT

The Grand Jury charges:

SEALED

### COUNT ONE

From an unknown date, but at least beginning in or about June of 2008 and continuing through on or about March of 2009, in the Middle District of Florida and elsewhere, the defendant,

EMMANUEL I. MEKOWULU,

did knowingly and willfully conspire with other persons, both known and unknown to the grand jury, to knowingly and intentionally distribute and dispense, and cause the distribution and dispensing of controlled substances, primarily Oxycodone, a Schedule II controlled substance, not for a legitimate medical purpose and not in the usual course of professional practice, contrary to Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## **FORFEITURES**

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2.  From his engagement in any or all of the violations alleged in Count One of the Indictment, punishable by imprisonment for more than one year, the defendant,

EMMANUEL I. MEKOWULU,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his right, title and interest in:

    a.    property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations; and,

    b.    property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3.  The specific property to be forfeited includes, but is not limited to:

    a.    Defendant's Florida Department of Health Pharmacist License No. PS24612;

    b.    DEA Registration No. FF0704610, and Florida Department of Health Pharmacy No. PH23147 for FELKY RX, LLC; and

    c.    A forfeiture money judgment in an amount of $121,350.00, representing the amount of proceeds that the defendant

obtained as a result of the conduct as charged in Count One of the Indictment.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to or deposited with a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States will seek, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL,

*Robert E Brown*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *Kathy J M Peluso*
KATHY JM PELUSO
Assistant United States Attorney

By: *Joseph K Ruddy*
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EMMANUEL I. MEKOWULU

## INDICTMENT

Violations:

Title 21 United States Code, Section 846

A true bill,

*Robert E Brown*
Foreperson

Filed in open court this 26th day of April 2012.

_____
Clerk

Bail  $_____

GPO 863 525

3